### In re Estate of Oscar Schroeder, Deceased.

### On Appeal of Catherine L. Fox et al., Appellants, v. Henry Ehlers et al., Executors, Appellees.

### Gen. No. 18,858. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed December 2, 1913.

## Statement of the Case.

Appeal to the Circuit Court in the matter of the estate of Oscar Schroeder, deceased, in which Catherine L. Fox and Sophia Lord are appellants and Henry Ehlers and others as executors are appellees to review an order of the Probate Court approving the final account of the executors and ordering their discharge upon the filing of receipts of distributees. From an order of the Circuit Court dismissing the appeal for want of jurisdiction to review the order, Catherine L. Fox and Sophia Lord, appellants below, appeal.

DAVID STEWART and BENNER & WELD, for appellants; E. K. SMITH, of counsel.

CHARLES P. ABBEY, for appellees.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 632*—*limitation for perfecting an appeal where a previous order was vacated and re-entered with amendments.* Where an order of the Probate Court is entered vacating a previous order and re-entering the same with amendments, the time for perfecting an appeal to the Circuit Court begins to run from the date of the second order.

2. APPEAL AND ERROR, § 1105*—*when appeal from order should not be dismissed for abuse of discretion in entering the order.* Such appeal should not be dismissed upon the allegation that the court abused its discretion in entering the second order.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.